**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

KERLIANA MARIAN ESCOBAR NAVA   CIVIL ACTION NO. 6:26-1709 SEC P
#A246-932-223

VERSUS   JUDGE S. MAURICE HICKS, JR.

MARKWAYNE MULLIN, ET AL.   MAGISTRATE JUDGE DAVID J. AYO

**JUDGMENT**

For the reasons contained in the Report and Recommendation (Rec. Doc. 8) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 4th day of August, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE